IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| DERRICK WILLIAMS, INDIVIDUALLY AND ON BEHALF OF D.W., A MINOR, ET AL., § § § § | |
| Plaintiffs, § § | |
| VS. § | NO. 4:09-CV-139-A |
| § | |
| WORLDWISE, INC., ET AL., § § | |
| Defendants. § | |

O R D E R

The court has determined that there is no record in the file of the above-captioned action of proper service of summons and complaint upon defendants Traxon Corporation and Taitang Travel & Leisure Products Company, Ltd. Therefore,

The court ORDERS that by March 8, 2010, plaintiffs, Derrick Williams and Estelita Williams, individually and on behalf of D.W., a minor, file either proof of proper service of summons and complaint on the above-named defendants, or an instrument containing a satisfactory explanation, in affidavit form, as to why such proof cannot be filed.

If plaintiffs fail to comply with this order the court will consider the dismissal, without further notice, of plaintiffs' claims and causes of action against the above-named defendants,

as authorized by Rule 4(m) of the Federal Rules of Civil Procedure.

    SIGNED March 1, 2010.

                                                  JOHN McBRYDE
                                                  United States District Judge